## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRY BAILEY, et al.,** | **CIVIL ACTION** |
| v. | No. 14-899 |
| **FATIMA WHITE, et al.,** | |
| | |
| **HENRY BAILEY, et al.,** | **CIVIL ACTION** |
| v. | No. 14-1951 |
| **FATIMA WHITE, et al.,** | |
| | |
| **JAMYEYA SCRUGGS WHITE, et al.,** | **CIVIL ACTION** |
| v. | No. 14-4636 |
| **BRIAN MYERS, et al.,** | |

## ORDER

**AND NOW**, this 30th day of September, 2014, upon consideration of the "Motion of the Federal Defendants, the United States of America and Brian Myers, to Consolidate Cases" (doc. no. 7 of Civil Action No. 14-899; doc. no. 15 of Civil Action No. 14-1951; doc. no. 8 of Civil Action No. 14-4636), it is hereby **ORDERED** that:

1. Because Civil Action Nos. 14-899, 14-1951, and 14-4636 contain common questions of law and fact they are **CONSOLIDATED** as Civil Action No. 14-1951. All of the papers in Civil Action No. 14-899 and Civil Action No. 14-4636 are to be placed in Civil Action No. 14-1951.

2. Civil Action No. 14-899 is to be stricken and is to remain **CLOSED** for statistical purposes.

3. Civil Action No. 14-4636 is to be stricken and **CLOSED** for statistical purposes.

        **BY THE COURT:**

        /s/ Mitchell S. Goldberg
        _____
        **Mitchell S. Goldberg, J.**